UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 25-cv-21496-BLOOM/Elfenbein**

GENIUS GROUP LIMITED,

    Plaintiff,

v.

PETER B. RITZ and MICHAEL MOE,
JOHN CLAYTON, and MICHAEL CARTER,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint. Plaintiff filed this action on March 31, 2025, *see* ECF No. [1], generating a June 30, 2025, service deadline. On May 5, 2025, the Court entered an Order directing Plaintiff to file proof of service within seven (7) days of perfecting service upon Defendants. *See* ECF No. [16]. The Order further stated that "[f]ailure to effectuate service of a summons and the complaint on Defendants by the stated deadline will result in dismissal without prejudice and without further notice." *Id.* To date, Plaintiff has not filed proof of service, or shown good cause. In addition, there is no evidence in the record of any factor that would otherwise justify a permissive extension of time to serve absent a showing of good cause—such as expiration of the applicable statute of limitations, or that Defendants are evading service or concealing a defect in attempted service.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1. The above-styled case is **DISMISSED WITHOUT PREJUDICE** for failure to

Case No. 25-cv-21496-BLOOM/Elfenbein

    timely serve;

2. Each party shall bear its own attorneys' fees and costs;

3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 3, 2025.

                                              **BETH BLOOM**
                                              **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record