UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 25-cv-21496-BLOOM/Elfenbein**

GENIUS GROUP LIMITED,

    Plaintiff,

v.

PETER B. RITZ and MICHAEL MOE,
JOHN CLAYTON, and MICHAEL CARTER,

    Defendants.
_____/

## **AMEMDED ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint. Plaintiff initially filed this action on March 31, 2025, against Peter Ritz and Michael Moe, *see* ECF No. [1], generating a June 30, 2025, service deadline as to those two defendants. On May 5, 2025, the Court entered an Order directing Plaintiff to file proof of service within seven (7) days of perfecting service upon Defendants. *See* ECF No. [16]. The Order further stated that "[f]ailure to effectuate service of a summons and the complaint on Defendants by the stated deadline will result in dismissal without prejudice and without further notice." *Id.* To date, Plaintiff has not filed proof of service on Defendants Ritz or Defendant Moe or shown good cause. In addition, there is no evidence in the record of any factor that would otherwise justify a permissive extension of time to serve absent a showing of good cause—such as expiration of the applicable statute of limitations, or that Defendants are evading service or concealing a defect in attempted service.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

Case No. 25-cv-21496-BLOOM/Elfenbein

1. The Court's Order issued on July 3, 2025, **ECF No. [26]**, is **VACATED**.

2. The claims against Defendant Peter Ritz and Michael Moe are **DISMISSED WITHOUT PREJUDICE** for failure to timely serve;

3. Each party shall bear its own attorneys' fees and costs;

4. The service deadline for the remaining Defendants, John Clayton and Michael Carter, is **August 18, 2025.**[1]

5. The Clerk of Court shall **REOPEN** the Case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 7, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

---

[1] Because Defendants Clayton and Carter were first named in the Amended Complaint filed on May 20, 2025, ECF No. [17], Plaintiff has additional time in which to effectuate service as to those defendants.