UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Case Transfers to
**District Judge Edward L. Artau**

| | | |
|---|---|---|
| Sandoval v. Pegasus Green | Case No. | 25-cv-22978 |
| Shenzhen Hehong Technology v. LUO | Case No. | 25-cv-22599 |
| Steel et al v. Davis | Case No. | 25-cv-60888 |
| Mokanu v. Warden, FDC | Case No. | 25-cv-24121 |
| Robb, Jr. v. Farrell | Case No. | 25-cv-22173 |
| Palm Avenue Hialeah v. Eisenberg | Case No. | 24-cv-23586 |
| Perez v. City of Opa-Locka | Case No. | 24-cv-23636 |
| City of Pompano Beach v. Dickman, | Case No. | 25-cv-61662 |
| Genius Group Limited V. Peter B. Ritz | Case No. | 25-cv-21496 |
| Seaco Global Limited v. Lilly & Associates | Case No. | 25-cv-23470 |
| Crown Cell Inc. v. Skullcandy | Case No. | 24-cv-23511 |
| Dunn v. Menendez | Case No. | 25-cv-23856 |
| Bryant v. Lagos | Case No. | 25-cv-23894 |
| | | |
| USA v. Ramsey Polydor et al | Case No: | 25-cr-20143 |
| USA v. Roberto Rodriguez et al | Case No: | 25-cr-20253 |
| USA v. Jesus Montanez et al | Case No: | 25-cr-60194 |

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Edward L. Artau.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04).  It is

**ORDERED AND ADJUDGED** that the above-styled actions are REASSIGNED to the calendar of the **Honorable Edward L. Artau** for all further proceedings. All currently pending hearings set before the undersigned Judge are **TERMINATED** and are to be rescheduled by **District Judge Edward L. Artau.** All deadlines will REMAIN IN EFFECT unless altered by **District Judge Edward L. Artau**. All papers hereafter filed shall bear the assigned case number followed by the initials ELA in lieu of the present initials.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 16, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

c: All counsel of record/pro se parties