UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-21496-EA

GENIUS GROUP LIMITED,

    Plaintiff,

vs.

PETER B. RITZ, MICHAEL MOE,
JOHN CLAYTON, and MICHAEL CARTER,

    Defendants.

_____/

**REQUEST TO CLERK TO ENTER DEFAULT
<u>OF DEFENDANT JOHN CLAYTON</u>
(Fed. R. Civ. P. 55(a))**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA:

Genius Group Limited requests that the Clerk of this Court enter the default of John Clayton, a defendant, for failure to plead or otherwise defend in a timely manner, as required by Rule 55(a) of the Federal Rules of Civil Procedure.

This request is based on the attached Declaration of Alyssa Feldman., which shows:

1.    On July 24, 2025, Plaintiff initiated substituted service upon Defendant John Clayton. (Decl. of Alyssa Feldman ¶ 6; *see* **Exhibit 1**, Aff. of Compliance of Alyssa Feldman ¶ 9, dated Aug. 11, 2025, ECF No. 36; Email Confirmation of Submission Received by Fla. DOS, dated July 24, 2025, ECF. No. 36-3.)

2.    On July 27, 2025, Plaintiff received from the Florida Secretary of State a response letter notifying Plaintiff that service of process had been accepted for John Clayton. (*Id*. ¶ 7; *see* **Exhibit 1**, Aff. of Compliance ¶ 10; Fla. Sec. of State Response Letter No. 250724037SOP.01, dated July 27, 2025, ECF No. 36-4.)

3.    Service of process was effectuated upon Defendant John Clayton, under Fla. Stat. §§ 48.161 and 48.181, on July 24, 2025, the date the service was received by the Florida Department of State. *See* Fla. Stat. § 48.161(7).  (*Id*. ¶ 8.)

4. On August 5, 2025, pursuant to Fla. Stat. § 48.161(2), the notice of service and a copy of the summons and amended complaint was mailed, through the U.S. Postal Service by Certified Mail, to Defendant Clayton's last known physical address, 2157 S. Lincoln St. Salt Lake City, Utah 84106, and by electronic mail to Defendant Clayton's current counsel of record in the SEC enforcement action entitled, *Securities and Exchange Commission v. John S. Clayton, et al.*, 2:24-cv-00918-RJS-DBP (D. Utah Dec. 11, 2024), Alexander Curtis Baker, at [Acbaker@spencerfane.com](mailto:Acbaker@spencerfane.com), and Brent R. Baker, at [Bbaker@spencerfane.com](mailto:Bbaker@spencerfane.com). A file-stamped copy of the Certificate of Substituted Service, filed with the Court on August 5, 2025, at ECF No. 34, is attached to the Declaration of Alyssa Feldman as **Exhibit 2**. (*Id.* ¶ 9.)

5. The Certificate of Substituted Service, filed with this Court on August 5, 2025, establishes that the notice of service and a copy of the process was served upon John Clayton pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure. (*Id.* ¶ 10.)

6. On August 11, 2025, pursuant to Fla. Stat. §§ 48.161 and 48.181, Alyssa Feldman filed an Affidavit of Compliance of Substituted Service to show that due diligence was exercised in attempting to locate and effectuate personal service upon Defendant Clayton, before using substituted service under the foregoing statutes. A file-stamped copy of the Affidavit of Compliance of Alyssa Feldman is attached hereto as **Exhibit 1**. (Decl. of Alyssa Feldman ¶ 11.)

7. The Affidavit of Compliance, filed with the Court on August 11, 2025, establishes that John Clayton properly was served by substituted service through the Florida Secretary of State, pursuant to Fla. Stat. §§ 48.161(2) and 48.181(4). (*Id.*)

8. John Clayton has failed to plead or otherwise respond to the amended complaint. (*Id.* ¶ 16.)

9. The applicable time limit for responding has expired. (*Id.* ¶ 17.)

10. John Clayton is not an infant, an incompetent person, or a member of the armed forces. (*Id.* ¶ 18.)

Dated: October 7, 2025  
Jericho, New York

**THE BASILE LAW FIRM P.C.**

*/s/ Alyssa Feldman*

Alyssa Feldman, Esq. *(Pro Hac Vice)*  
390 N. Broadway, Ste. 140  
Jericho, New York 11753

Tel.:   (516) 455-1500
Email: alyssa@thebasilelawfirm.com

Agapija Cruz, Esq.
365 Fifth Avenue S., Suite 202
Naples, Florida 33472
Tel.:   (239) 232-8400
Email: agapija@thebasilelawfirm.com

Mark R. Basile, Esq. *(Pro Hac Vice)*
390 N. Broadway, Ste. 140
Jericho, New York 11753
Tel.:   (516) 455-1500
Email: mark@thebasilelawfirm.com

Joseph F. Rose, Esq. *(Pro Hac Vice)*
390 N. Broadway, Ste. 140
Jericho, New York 11753
Tel.:   (516) 455-1500
Email: joe@thebasilelawfirm.com

*Counsel for Plaintiff Genius Group Limited*