### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### Case No. 25-cv-21496-BLOOM/Elfenbein

GENIUS GROUP LIMITED,

     Plaintiff,

v.

PETER B. RITZ, MICHAEL MOE,
JOHN CLAYTON, and MICHAEL CARTER,

     Defendants.

_____/

### AFFIDAVIT OF COMPLIANCE OF ALYSSA FELDMAN
### PURSUANT TO FLA. STAT. ANN. §§ 48.161, 48.181

I, ALYSSA FELDMAN, hereby represent the following:

1.     I am an attorney at The Basile Law Firm P.C., counsel for the Plaintiff Genius Group Limited ("Plaintiff" or "Genius"), in the above-captioned matter.

2.     I am admitted *pro hac vice* to practice before this Court.  (*See* Order Granting Mot. to Appear *Pro Hac Vice*, ECF No. 11.)

3.     I submit this Affidavit of Compliance to set forth the facts that justify substituted service under Fla. Stat. § 48.161 and that show due diligence was exercised in attempting to locate and effectuate personal service on the defendant, John Clayton, before using substituted service under this section.  *See* Fla. Stats. §§ 48.161(2), (3); 48.181(4).

4.     The defendant, John Clayton, is an individual residing in the State of Utah.

5.     We have, on numerous occasions, attempted unsuccessfully to personally serve Defendant John Clayton at his last known physical address, 2157 S. Lincoln Street, Salt Lake City, Utah 84106, including attempts on June 16, 2025, at 8:55 AM; on June 25, 2025, at 11:53 AM; on July 10, at 12:33 PM; and on July 18, 2025, at 4:57 PM.  (*See* Exhibit 1, Affidavits of Dax Wilson, dated July 6, 2025, and Henry N. Perez Mendoza, dated July 18, 2025.)

6.     In total, between June 16 and July 18, 2025, Plaintiff made 11 attempts, through individual personal service by two different process servers, to effectuate personal service on Defendant Clayton, at a residential address listed in documents publicly filed with the U.S. Securities and

Exchange Commission (SEC) and in other public information databases. (*See, e.g.*, Exhibit 2, SEC Form 4 Statement of Changes in John Clayton's Beneficial Ownership, dated Dec. 28, 2017.)

7.     These attempts were made on all different days of the week, and at all different times of the day, in order that Defendant Clayton be found.

8.     Upon information and belief, based on confirmation in public documents of Defendant Clayton's physical address and the sheer number of attempts made at personal service, Defendant John Clayton is concealing his whereabouts for the purpose of evading service of process.

9.     On July 24, 2025, Plaintiff Genius initiated substituted service on Defendant John Clayton through the Florida Secretary of State. (*See* Exhibit 3, Email Confirmation of Submission Received by Florida Sec. of State, dated July 24, 2025.)

10.     Plaintiff Genius received from the Florida Department of State, on July 27, 2025, a response letter that substitute service of process was accepted for John Clayton. (*See* Exhibit 4, Response Letter No. 250724037SOP.01, dated July 27, 2025.)

11.     On August 5, 2025, pursuant to Fla. Stat. § 48.161(2), the notice of service and a copy of the process was sent, through the U.S. Postal Service by Certified Mail, to Defendant Clayton's last known physical address, 2157 S. Lincoln Street, Salt Lake City, Utah 84106, and by electronic mail to Defendant's Clayton's current counsel in the SEC enforcement action entitled *Securities and Exchange Commission v. John S. Clayton et al.*, 2:24-cv-00918-RJS-DBP (D. Utah Dec. 11, 2024), Alexander Curtis Baker and Brent R. Baker, at their known electronic addresses, Acbaker@spencerfane.com and Bbaker@spencerfane.com. (*See* Exhibit 5, Cert. of Substituted Service upon Def. John Clayton, dated Aug. 5, 2025, ECF Nos. 34, 34-1.)

Dated: August 11, 2025
        Jericho, New York

                              By:     *s/ Alyssa Feldman*
                                      Alyssa Feldman, Esq.
                                      **THE BASILE LAW FIRM P.C.**
                                      390 N. Broadway, Suite 140
                                      Jericho, New York 11753
                                      Tel.:     (516) 455-1500
                                      E:        alyssa@thebasilelawfirm.com

                                      Agapija Cruz, Esq.
                                      **THE BASILE LAW FIRM P.C.**
                                      365 Fifth Avenue S., Ste. 202
                                      Naples, Florida 33472

Tel:    (239) 232-8400
E:     agapija@thebasilelawfirm.com

*Attorneys for Plaintiff Genius Group Limited*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:25-cv-21496-BB**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **John Clayton**
was recieved by me on **6/14/2025:**

☐    I personally served the summons on the individual at *(place)* on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒    I returned the summons unexecuted because **Other** after attempting service at **2157 S Lincoln St, Salt Lake City, UT 84106**; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:   07/06/2025

_____
*Server's signature*

**Dax Wilson**
*Printed name and title*

919 east Wilson ave
Apt 1
Salt Lake City, UT 84105

_____
*Server's address*

Additional information regarding attempted service, etc:

**6/16/2025 8:55 AM: I was unable to access the address due to private gate/fence although I waited and honked horn. 6/25/2025 11:53 AM: I was unable to access the address due to private gate/fence although I waited and honked horn. 7/5/2025 4:49 PM: I was unable to access the address due to private gate/fence although I asked neighbors, waited and honked horn. I spoke with a neighbor who doesn't recognize name.**




Tracking #: **0176572756**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **1:25-cv-21496-BB**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **John Clayton**
was recieved by me on  **7/09/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒    I returned the summons unexecuted because **No contact** after attempting service at **2157 S Lincoln St, Salt Lake City, UT 84106**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:   07/18/2025

_____
*Server's signature*

**Henry N Perez Mendoza**
*Printed name and title*

**1485 E Santiago Ln**
**21**
**Cottonwood Heights, UT 84121**

_____
*Server's address*

Additional information regarding attempted service, etc:

**7/10/2025 12:33 PM: I was unable to access the address due to private gate/fence although I waited and honked horn.**
**7/12/2025 7:22 PM: I was unable to access the address due to private gate/fence although I waited and honked horn.**
**7/14/2025 6:38 PM: I was unable to access the address due to private gate/fence although I waited and honked horn.**
**7/15/2025 10:59 AM: I was unable to access the address due to private gate/fence although I waited and honked horn.**
**7/16/2025 12:06 PM: I was unable to access the address due to private gate/fence although I waited.**
**7/17/2025 9:22 AM: There was no answer at the address.**
**7/17/2025 9:28 PM: I was unable to access the address due to private gate/fence although I waited.**
**7/18/2025 4:57 PM: I was unable to access the address due to private gate/fence although I waited and honked horn.**





Tracking #: **0178474589**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.      **1:25-cv-21496-BB**



Tracking #: **0178474589**


FORM 4

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

OMB APPROVAL

| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*]<br><br>CLAYTON JOHN<br><br>(Last)        (First)        (Middle)<br><br>2157 S. LINCOLN STREET<br><br>(Street)<br><br>SALT LAKE CITY     UT            84106<br><br>(City)        (State)        (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br><br>FOREVERGREEN WORLDWIDE CORP [ FVRG ]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br><br>12/26/2017<br><br>4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable)<br><br>X  Director              10% Owner<br><br>X  Officer (give title        Other (specify below)<br>   below)<br><br>   Secretary<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br><br>X  Form filed by One Reporting Person<br><br>   Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common stock | 12/26/2017 | | P | | 40,000 | A | $0.06 | 1,207,626 | I | By First Equity Holdings Corp. |
| Common stock | 12/26/2017 | | P | | 10,000 | A | $0.0678 | 1,217,626 | I | By First Equity Holdings Corp. |
| Common stock | 12/26/2017 | | P | | 31,148 | A | $0.07 | 1,248,774 | I | By First Equity Holdings Corp. |
| Common stock | 12/26/2017 | | P | | 18,852 | A | $0.069 | 1,267,626 | I | By First Equity Holdings Corp. |
| Common stock | 12/28/2017 | | P | | 18,000 | A | $0.0744 | 1,285,626 | I | By First Equity Holdings Corp. |
| Common stock | 12/28/2017 | | P | | 12,000 | A | $0.0745 | 1,297,626 | I | By First Equity |

Case 1:25-cv-21405-DPG Document 76-22 Entered on FLSD Docket 10/07/2025 Page 8 of 14

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| | | | | | | | | | | Holdings Corp. |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

John Clayton                   12/28/2017

** Signature of Reporting Person               Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**



From:   onlinesop@dos.myflorida.com
Subject:   Submission #250724037SOP Received - Online Service of Process [sunbiz.org]
Date:   July 24, 2025 at 12:28 PM
To:   alyssa@thebasilelawfirm.com

# Submission Received

We received your substitute service of process submission for case number **1:25-cv-21496**, and it has been queued for staff review.

Submissions are reviewed in the order they are received. To see what staff are currently reviewing, see [current processing dates](current processing dates)

You will receive another email after the submission has been processed. The submitter can also view the current status at anytime by logging in to [https://online-sop.sunbiz.org](https://online-sop.sunbiz.org).

## Details

| | |
|---|---|
| **Tracking #** | 250724037SOP |
| **Case #** | 1:25-cv-21496 |
| **Parties** | Genius Group Limited v. Peter B. Ritz, Michael Moe, John Clayton, and Michael Carter |
| **Service Requested For** | John Clayton |
| **Contact** | Alyssa Feldman (alyssa@thebasilelawfirm.com) |
| **Submitter** | Alyssa Feldman |
| **Submission Date** | 7/24/2025 12:28 PM |

If you have questions about *this submission*, you may contact this office at [ApostillesCertsCorpHelp@dos.myflorida.com](ApostillesCertsCorpHelp@dos.myflorida.com). Please reference your tracking number **250724037SOP**. All other inquiries must be directed to the attorney(s) involved.

**Online Service of Process**

Florida Department of State, Division of Corporations

https://online-sop.sunbiz.org

---

Email sent to alyssa@thebasilelawfirm.com.

**Do not reply.** This email address is not monitored.



# FLORIDA DEPARTMENT OF STATE

### Division of Corporations

July 27, 2025

Alyssa Feldman

Pursuant to Chapter 48.161,48.181 Florida Statutes, substitute service of process was accepted for John Clayton in case number 1:25-cv-21496 and was filed on July 24, 2025 at 12:28 PM.

    Plaintiff(s)
    Genius Group Limited
    v.
    Defendant(s)
    Peter B. Ritz, Michael Moe, John Clayton, and Michael Carter

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Alecia M. Rivers
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 250724037SOP.01

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-21496-BLOOM/Elfenbein**

GENIUS GROUP LIMITED,

      Plaintiff,

v.

PETER B. RITZ, MICHAEL MOE,
JOHN CLAYTON, and MICHAEL CARTER,

      Defendants.

_____/

## CERTIFICATE OF SUBSTITUTED SERVICE
## UPON DEFENDANT JOHN CLAYTON

I, ALYSSA FELDMAN, hereby certify that a true and correct copy of (1) the notice of service and (2) a copy of the process was served on August 5, 2025, on John Clayton by certified mail, tracking number 9589 0710 5270 2836 4142 01, at his last known physical address, and on John Clayton's current counsel in the case of *Securities and Exchange Commission v. John S. Clayton et al.*, 2:24-cv-00918-RJS-DBP (D. Utah Dec. 11, 2024), by electronic mail at their known electronic addresses. *See* Exhibit 1, Certified Mail Receipt.

### SERVICE LIST

Defendant John Clayton
2157 S. Lincoln St.
Salt Lake City, Utah 84106

Alexander Curtis Baker
Acbaker@spencerfane.com
Buchalter P.C.
60 E. South Temple, Suite 1200
Salt Lake City, Utah 84111
Tel.: (801) 401-8689

Brent R. Baker
Bbaker@spencerfane.com
Spencer Fane LLP
10 Exchange Place, 11th Fl.
Salt Lake City, Utah 84111
Tel.: (801) 521-9000
Fax: (801) 363-0400

*Attorneys for Defendant John S. Clayton* in the case of
*SEC v. Clayton et al.*, 2:24cv918 (D. Utah Dec. 11, 2024)

Dated: August 5, 2025
      Jericho, New York

**THE BASILE LAW FIRM P.C.**

By:    *s/ Alyssa Feldman*

Alyssa Feldman, Esq. (*Pro Hac Vice*)
Email: alyssa@thebasilelawfirm.com
390 N. Broadway, Suite 140
Jericho, New York 11753
Tel.:   (516) 455-1500

Agapija Cruz, Esq.
Email: agapija@thebasilelawfirm.com
365 Fifth Avenue S., Suite 202
Naples, Florida 33472
Tel.: (239) 232-8400

Mark Basile, Esq. (*Pro Hac Vice*)
Email: mark@thebasilelawfirm.com
Joseph Rose, Esq. (*Pro Hac Vice*)
Email: joe@thebasilelawfirm.com
390 N. Broadway, Suite 140
Jericho, New York 11753
Tel.:   (516) 455-1500

*Counsel for Plaintiff Genius Group Limited*



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®*.

Salt Lake City, UT 84106

| | 0753 |
| Certified Mail Fee $5.30 | 06 |
| $ $0.00 | |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $3.28

08/05/2025

Total Postage and Fees
$8.58

Sent To John Clayton

Street and Apt. No., or PO Box No. 2157 S. Lincoln St

City, State, ZIP+4® Salt Lake City, UT 84106

**PS Form 3800, January 2023** PSN 7530-02-000-9047  **See Reverse for Instructions**