# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 25-cv-21496-BLOOM/Elfenbein

GENIUS GROUP LIMITED,

    Plaintiff,

v.

PETER B. RITZ, MICHAEL MOE,
JOHN CLAYTON, and MICHAEL CARTER,

    Defendants.

_____/

## CERTIFICATE OF SUBSTITUTED SERVICE
## UPON DEFENDANT JOHN CLAYTON

I, ALYSSA FELDMAN, hereby certify that a true and correct copy of (1) the notice of service and (2) a copy of the process was served on August 5, 2025, on John Clayton by certified mail, tracking number 9589 0710 5270 2836 4142 01, at his last known physical address, and on John Clayton's current counsel in the case of *Securities and Exchange Commission v. John S. Clayton et al.*, 2:24-cv-00918-RJS-DBP (D. Utah Dec. 11, 2024), by electronic mail at their known electronic addresses. *See* Exhibit 1, Certified Mail Receipt.

### SERVICE LIST

| | |
|---|---|
| Defendant John Clayton<br>2157 S. Lincoln St.<br>Salt Lake City, Utah 84106 | Alexander Curtis Baker<br>Acbaker@spencerfane.com<br>Buchalter P.C.<br>60 E. South Temple, Suite 1200<br>Salt Lake City, Utah 84111<br>Tel.: (801) 401-8689<br><br>Brent R. Baker<br>Bbaker@spencerfane.com<br>Spencer Fane LLP<br>10 Exchange Place, 11th Fl.<br>Salt Lake City, Utah 84111<br>Tel.: (801) 521-9000<br>Fax: (801) 363-0400<br><br>*Attorneys for Defendant John S. Clayton* in the case of<br>*SEC v. Clayton et al.*, 2:24cv918 (D. Utah Dec. 11, 2024) |

Dated: August 5, 2025
Jericho, New York

**THE BASILE LAW FIRM P.C.**

By: <u>s/ Alyssa Feldman</u>

    Alyssa Feldman, Esq. (*Pro Hac Vice*)
    Email: alyssa@thebasilelawfirm.com
    390 N. Broadway, Suite 140
    Jericho, New York 11753
    Tel.: (516) 455-1500

    Agapija Cruz, Esq.
    Email: agapija@thebasilelawfirm.com
    365 Fifth Avenue S., Suite 202
    Naples, Florida 33472
    Tel.: (239) 232-8400

    Mark Basile, Esq. (*Pro Hac Vice*)
    Email: mark@thebasilelawfirm.com
    Joseph Rose, Esq. (*Pro Hac Vice*)
    Email: joe@thebasilelawfirm.com
    390 N. Broadway, Suite 140
    Jericho, New York 11753
    Tel.: (516) 455-1500

*Counsel for Plaintiff Genius Group Limited*

