# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 25-cv-21496-BLOOM/Elfenbein

GENIUS GROUP LIMITED,

    Plaintiff,

v.

PETER B. RITZ, MICHAEL MOE,
JOHN CLAYTON, and MICHAEL CARTER,

    Defendants.

_____/

## CERTIFICATE OF SUBSTITUTED SERVICE
## UPON DEFENDANT JOHN CLAYTON

I, ALYSSA FELDMAN, hereby certify that on September 4, 2025, a true and correct copy of (1) the notice of service and (2) a copy of the process was served, on John Clayton by certified mail, tracking number 9589 0710 5270 3566 6556 81, at a physical address stated to be his in corporate filings maintained by the State of Utah, and on John Clayton's current counsel in the case of *Securities and Exchange Commission v. John S. Clayton et al.*, 2:24-cv-00918-RJS-DBP (D. Utah Dec. 11, 2024), by electronic mail at their known electronic addresses.

### SERVICE LIST

| | |
|---|---|
| Defendant John Clayton<br>440 East 400 South<br>Salt Lake City, Utah 84111 | Alexander Curtis Baker<br>Acbaker@spencerfane.com<br>Buchalter P.C.<br>60 E. South Temple, Suite 1200<br>Salt Lake City, Utah 84111<br>Tel.: (801) 401-8689 |
| | Brent R. Baker<br>Bbaker@spencerfane.com<br>Spencer Fane LLP<br>10 Exchange Place, 11th Fl.<br>Salt Lake City, Utah 84111<br>Tel.: (801) 521-9000<br>Fax: (801) 363-0400 |
| | *Counsel for Defendant John S. Clayton*<br>in the case of *SEC v. Clayton et al.*,<br>2:24cv918 (D. Utah Dec. 11, 2024) |

Dated: September 4, 2025
       Jericho, New York

                **THE BASILE LAW FIRM P.C.**

By:    <u>s/ Alyssa Feldman</u>

Alyssa Feldman, Esq. (*Pro Hac Vice*)
Email: alyssa@thebasilelawfirm.com
390 N. Broadway, Suite 140
Jericho, New York 11753
Tel.: (516) 455-1500

Agapija Cruz, Esq.
Email: agapija@thebasilelawfirm.com
365 Fifth Avenue S., Suite 202
Naples, Florida 33472
Tel.: (239) 232-8400

Mark Basile, Esq. (*Pro Hac Vice*)
Email: mark@thebasilelawfirm.com
Joseph Rose, Esq. (*Pro Hac Vice*)
Email: joe@thebasilelawfirm.com
390 N. Broadway, Suite 140
Jericho, New York 11753
Tel.: (516) 455-1500

*Counsel for Plaintiff Genius Group Limited*

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Salt Lake City, UT 84111

| | |
|---|---|
| Certified Mail Fee $ | $5.30 |
| | $4.40 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $3.28 |
| Total Postage and Fees $ | $12.98 |

Postmark Here
0753 28
SEP -4 2025
09/04/2025

9589 0710 5270 3566 6556 81

Sent To: 440 E. 400 S., Unit 300
Street and Apt. No., or PO Box No.
Salt Lake City, Utah 84111
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions