# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 25-cv-21496-EA

GENIUS GROUP LIMITED,

    Plaintiff,

v.

PETER B. RITZ, MICHAEL MOE,
JOHN CLAYTON, and MICHAEL CARTER,

    Defendants.

_____/

## CERTIFICATE OF SUBSTITUTED SERVICE
## UPON DEFENDANT JOHN CLAYTON

I, ALYSSA FELDMAN, hereby certify that on September 19, 2025, a true and correct copy of (1) the notice of service and (2) a copy of the process was served on John Clayton by certified mail, tracking number 9589 0710 5270 3566 6593 75, at a physical address stated to be his in corporate filings maintained by the State of Utah, and on John Clayton's current counsel in the case of *Securities and Exchange Commission v. John S. Clayton et al.*, 2:24-cv-00918-RJS-DBP (D. Utah Dec. 11, 2024), by electronic mail at their known electronic addresses.

### SERVICE LIST

Defendant John Clayton
440 East 400 South
Salt Lake City, Utah 84111

Alexander Curtis Baker
Acbaker@spencerfane.com
Buchalter P.C.
60 E. South Temple, Suite 1200
Salt Lake City, Utah 84111
Tel.: (801) 401-8689

Brent R. Baker
Bbaker@spencerfane.com
Spencer Fane LLP
10 Exchange Place, 11th Fl.
Salt Lake City, Utah 84111
Tel.: (801) 521-9000
Fax: (801) 363-0400

*Counsel for Defendant John S. Clayton*
in the case of *SEC v. Clayton et al.*,
2:24cv918 (D. Utah Dec. 11, 2024)

Dated: October 6, 2025
      Jericho, New York

**THE BASILE LAW FIRM P.C.**

By: <u>s/ Alyssa Feldman</u>

Alyssa Feldman, Esq. (*Pro Hac Vice*)
Email: alyssa@thebasilelawfirm.com
390 N. Broadway, Suite 140
Jericho, New York 11753
Tel.:   (516) 455-1500

Agapija Cruz, Esq.
Email: agapija@thebasilelawfirm.com
365 Fifth Avenue S., Suite 202
Naples, Florida 33472
Tel.: (239) 232-8400

Mark Basile, Esq. (*Pro Hac Vice*)
Email: mark@thebasilelawfirm.com
Joseph Rose, Esq. (*Pro Hac Vice*)
Email: joe@thebasilelawfirm.com
390 N. Broadway, Suite 140
Jericho, New York 11753
Tel.:   (516) 455-1500

*Counsel for Plaintiff Genius Group Limited*

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Salt Lake City, UT 84111

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| $ | $0.00 |

0753
03

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $3.56

Total Postage and Fees $8.86

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark: JERICHO, NY 11753 USPS SEP 19/2025

Tracking: 9589 0710 5270 3566 6593 75

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions