UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GENIUS GROUP LIMITED

        PLAINTIFF(S)

CASE NUMBER
1:25−cv−21496−EA

v.

PETER B. RITZ, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

        DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**John Clayton**

as of course, on the date October 7, 2025.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Wendie Cendejas*
Deputy Clerk

cc: Judge Ed Artau
    GENIUS GROUP LIMITED
    390 N. Broadway

    New York, NY 11753

CV–37 (10/01)