**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-21496-EA**

GENIUS GROUP LIMITED,

    Plaintiff,

v.

                                          **PLAINTIFF'S NOTICE OF**

PETER B. RITZ, MICHAEL MOE,           **SUPPLEMENTAL AUTHORITY**
JOHN CLAYTON, and MICHAEL CARTER,

    Defendants.

_____/

Pursuant to Rule 7.8 of the Local Rules of the United States District Court for the Southern District of Florida, Plaintiff, Genius Group Limited ("Plaintiff" or "Genius"), respectfully submits this Notice of Supplemental Authority to bring to the Court's attention a recent decision in a related arbitration matter before the International Chamber of Commerce, relevant to the pending motions to dismiss filed by Defendants Peter B. Ritz ("Ritz") and Michael Moe ("Moe").  [ECF No. 75].

The supplemental authority is an award in favor of Plaintiff Genius against LZG, including findings of fact against Defendants Ritz and Moe, from the following arbitration before the International Chamber of Commerce ("ICC"): *Genius Group Limited v. LZG International, Inc.*, Case No. 29043/PDP (EPP) (Apr. 16, 2026) ("ICC Award").  A copy of this authority is attached hereto as **Exhibit 1**.

The ICC Award was rendered on April 16, 2026, subsequent to Plaintiff's filing of all memoranda in opposition to Defendants' motions to dismiss.  (*See* Pl. Oppn. to Defs.' Ritz and Moe Mot. to Dismiss, Nov. 13, 2025, ECF No. 86; Pl. Oppn. to Def. Carter Mot. to Dismiss, Dec. 2, 2025, ECF No. 89; Pl. Oppn. to Def. Clayton Mot. to Dismiss, Dec. 22, 2025, ECF No. 96).  No decisions have yet been rendered on the motions to dismiss.

The supplemental authority is pertinent to the issue of whether the allegations contained in the Amended Complaint [ECF No. 17] plead conduct on the parts of Defendants Ritz and Moe that is fraudulent in nature with respect to Plaintiff Genius, and whether the Amended Complaint sufficiently pleads LZG International, Inc. as the RICO enterprise by virtue of its use as a conduit to carry out the alleged fraudulent scheme.  The portions of the ICC Award that are particularly relevant to the motions to dismiss filed by Defendants Ritz and Moe are found on pages 58 through 66, 87 through 94.  These pages relate primarily to Plaintiff's arguments on pages 9 through 11 and 15 through 19  [ECF No. 86].

Dated: May 13, 2026
      Jericho, New York                   **THE BASILE LAW FIRM P.C.**

                                 */s/ Alyssa Feldman*

                                 Alyssa Feldman *(Pro Hac Vice)*
                                 Mark Basile

Joe Rose
390 N. Broadway, Ste. 140
Jericho, New York 11753
Tel.:    (516) 455-1500
Email: alyssa@thebasilelawfirm.com

Agapija Cruz
365 Fifth Avenue S.
Suite 202
Naples, Florida 33472
Tel.:    (239) 232-8400
Email: agapija@thebasilelawfirm.com

*Counsel for Plaintiff Genius Group Limited*