**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:25-cv-21496-EA

GENIUS GROUP LIMITED,

Plaintiff,

vs.

PETER B. RITZ, MICHAEL MOE,
JOHN CLAYTON, and MICHAEL CARTER,

Defendants.
_________________________________________/

**DEFENDANT JOHN CLAYTON'S ANSWER,**
**DEMAND FOR JURY TRIAL, AND AFFIRMATIVE DEFENSES**

Defendant JOHN CLAYTON ("Clayton" or "Defendant") files this their answer, demand for jury trial, and affirmative defenses to the First Amended Complaint (ECF#17) ("Complaint") filed by GENIUS GROUP LIMITED ("Plaintiff"), and state as follows:

## SUMMARY

Per Complaint ¶ 367, this summary is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, denied.

## JURISDICTION AND VENUE

1. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, denied.

2. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, denied.

3. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, denied.

## PARTIES

4. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and, therefore, denied.

5. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, admitted.

6. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, admitted.

7. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied except as follows: Investrio, Inc. is owned by Defendant.

8. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied.

9. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, admitted.

10. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied.

11. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

12. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

13. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

14. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

15. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

16. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

17. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

18. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

19. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

20. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

## FACTUAL BACKGROUND

21. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, admitted.

22. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied except admit the following: "[b]eginning by 2009, Defendant Clayton maintained LZG as a public, nonoperating shell company."

23. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied.

24. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil

Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied.

25. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied.

26. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied.

27. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied.

28. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied.

29. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, admitted that LZG borrowed money from First Equity. As to the remaining allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

30. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied.

**Defendant Clayton's Use of Nominee Entities to Fund LZG's Acquisition of FatBrain.**

31. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied.

32. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied.

33. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied.

34. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

35. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

36. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

37. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

38. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

39. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

40. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied.

41. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, Defendant states that the records speak for themselves. To the extent a further response is required, denied.

42. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied.

43. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied.

**Defendants Ritz, Moe, and Carter Utilize LZG as a Vehicle to Acquire Additional FatBrain Assets.**

44. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

45. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

46. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil

Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

47. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

48. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

49. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

50. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

51. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

52. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

53. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

54. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

55. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

56. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

57. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied.

58. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied.

59. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure because Defendant is specifically mentioned by name in this paragraph, denied.

60. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

61. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

62. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

## LZG'S GENERAL BUSINESS MODEL

63. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, denied.

64. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil

Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, denied.

65. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, denied.

66. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, denied.

67. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, denied.

68. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, denied.

69. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

**Defendants Ritz and Moe Utilize LZG**
**as a Vehicle to Acquire Intellagents, LLC.**

70. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

71. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

72. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

73. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

74. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil

Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

75. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

76. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

77. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

78. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

79. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

80. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

81. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

82. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

83. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

84. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

85. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

86. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

**Defendants Ritz and Moe Utilize LZG as a Vehicle to Acquire SO Technology Limited.**

87. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

88. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

89. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

90. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

91. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

92. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

93. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

94. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

95. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

96. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

97. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

98. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

99. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

100. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

101. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

102. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

103. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

104. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

105. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

106. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

107. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

108. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

109. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

110. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

111. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

112. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

113. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

114. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

115. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

116. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

117. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

118. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

**Defendants Ritz and Moe Utilize LZG as a Vehicle to Acquire Predictive Black Limited.**

119. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

120. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

121. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

122. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

123. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

124. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

125. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

126. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

127. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

128. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

129. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

130. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

131. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

132. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

133. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

134. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

135. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

136. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

137. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

**Defendants Ritz and Moe Utilize LZG**
**as a Vehicle to Acquire Prime Source Group.**

138. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

139. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

140. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

141. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

142. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil

Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

143. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

144. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

145. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

146. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

147. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

148. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

149. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

150. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

151. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

152. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

153. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

154. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

155. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

156. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

157. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

158. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

159. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

160. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

161. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

162. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

163. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

164. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

165. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

166. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

167. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

168. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

169. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

170. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

171. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

172. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

173. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

174. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

## LZG'S BUSINESS MODEL APPLIED TO PLAINTIFF GENIUS

### The Asset Purchase Agreement

175. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

176. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

177. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

178. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

179. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant states that this allegation is unintelligible such that no response can be formulated. To the extent a response is required, denied.

180. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

181. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

182. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

183. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

184. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

185. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

186. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

187. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

188. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

189. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

190. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

191. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

192. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

193. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

194. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

195. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

196. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

197. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

198. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

199. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, denied.

200. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

201. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

**The Scheme to Encumber, and to Conceal the Encumbrance of, the Prime Source Group Assets.**

202. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

203. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

204. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

205. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

206. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

207. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

208. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

209. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

210. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

211. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

212. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

213. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

214. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

215. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

216. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

217. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

**Plaintiff Genius Made Multiple Payments to LZG Before Learning of the Fraudulent Scheme of Defendants Ritz and Moe.**

218. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil

Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

219. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

220. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

221. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

222. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

223. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

**Plaintiff Genius Learns of the Encumbrance on the PSG Assets Only After Execution of the APA.**

224. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

225. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

226. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

227. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil

Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

228. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

229. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

230. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

231. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

232. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

233. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

234. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

**Defendants Ritz and Moe Attempt by Coercion to Take over the Business of Plaintiff Genius.**

235. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

236. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil

Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

237. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

238. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

239. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

240. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

241. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

242. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

243. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

244. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

245. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

246. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

247. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

248. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

249. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

250. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

251. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

252. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

253. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

254. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

255. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

256. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

257. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

258. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

259. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

260. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

261. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

262. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

263. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

264. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

265. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

266. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

267. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

268. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

269. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

270. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

271. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

272. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

273. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

274. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

275. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

276. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

277. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

278. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

**Defendants Ritz and Moe Attempt to Extort Plaintiff Genius in Furtherance of the Acquisition Scheme.**

279. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

280. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

281. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil

Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

282. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

283. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

284. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

285. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

286. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

287. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

288. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

289. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

290. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

291. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

292. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

293. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

294. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

295. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

296. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

297. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

298. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

299. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

300. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

301. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

302. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

303. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

304. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

305. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

306. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

307. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

308. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

**The Damage and Ongoing Injuries to Plaintiff Genius's Business**

309. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

310. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

311. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

312. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

313. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

314. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

315. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

316. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

317. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal

Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

318. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

319. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

320. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

321. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

322. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

**RICO Acts: Wire Fraud, Mail Fraud, and Extortion**

323. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

324. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and therefore denies them.

**COUNT I**
**Violation of Racketeer Influenced and Corrupt Organizations Act,**
**18 U.S.C. § 1962(c) and Fla. Stat. § 895.03(3)**
**(Against Defendants Peter Ritz and Michael Moe)**

325. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

326. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

327. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

328. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

329. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

330. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

331. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

332. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

333. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

334. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

335. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

336. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

337. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

338. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

339. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

340. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

341. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

342. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

**COUNT II**
**Violation of Racketeer Influenced and Corrupt Organizations Act,**
**18 U.S.C. § 1962(a) and Fla. Stat. § 895.03(1)**
**(Against Defendants Ritz and Moe)**

343. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

344. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

345. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

346. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

347. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

348. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

349. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

350. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

351. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

352. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

353. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

**COUNT III**
**Violation of Racketeer Influenced and Corrupt Organizations Act,**

**18 U.S.C. § 1962(d) and Fla. Stat. § 895.03(4)**
**(Against Defendant Michael Carter)**

354. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

355. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

356. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

357. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

358. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

359. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

360. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

361. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

362. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

363. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

364. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

365. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

366. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

**COUNT IV**
**Violation of Racketeer Influenced and Corrupt Organizations Act,**
**<u>18 U.S.C. § 1962(b), (d) and Fla. Stat. § 895.03(2)</u>**
**(Against Defendants Ritz, Moe, and John Clayton)**

367. Paragraph 367 contains legal conclusions to which no response is required. Defendant reasserts his response to allegations to paragraphs 87 through 118 as if fully set forth herein.

368. Paragraph 368 states legal conclusions to which no response is required. Defendant denies the allegations of Paragraph 368.

369. Paragraph 369 contains legal conclusions to which no response is required. To the extent a response is required, denied.

370. Paragraph 370 contains legal conclusions to which no response is required. To the extent a response is required, denied.

371. Paragraph 371 states legal conclusions to which no response is required. Defendant denies the allegations of Paragraph 371.

372. Paragraph 372 states legal conclusions to which no response is required. Defendant denies the allegations of Paragraph 372.

373. Defendant denies the allegations of Paragraph 373.

374. Defendant denies the allegations of Paragraph 374.

375. Defendant denies the allegations of Paragraph 375.

376. Defendant denies the allegations of Paragraph 376.

377. Defendant denies the allegations of Paragraph 377.

378. Defendant denies the allegations of Paragraph 378.

379. Defendant denies the allegations of Paragraph 379.

**COUNT V**
**Violation of Racketeer Influenced and Corrupt Organizations Act,**
**18 U.S.C. § 1962(d) and Fla. Stat. § 895.03(4)**

380. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

381. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

382. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

383. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

384. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

385. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

386. Per Complaint ¶ 367, this allegation is not asserted against Defendant and, therefore, no response is required pursuant to Rule 8(b)(1)(B) of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

No prayer for relief was asserted against Defendant. To the extent any response is required to Plaintiff's prayer for relief, Defendant denies each and every allegation contained therein and denies Plaintiff is entitled to any relief.

Defendant respectfully requests this Court (i) dismiss the Complaint, (ii) enter judgment in Defendant's favor, (iii) award Defendant its attorney's fees and costs relating to this litigation; and (iv) grant such other and further relief as it deems just and proper.

**DEMAND FOR JURY TRIAL**

Defendant demands a trial by jury for all issues so triable.

**DEMAND FOR ATTORNEYS' FEES AND COSTS**

Pursuant to applicable state and federal law including, without limitation, 18 U.S.C. § 1964(c) and Section 772.104(1), Florida Statutes, Defendant demands judgment for any and all fees, costs, and expenses, including attorney's fees and costs, relating to this litigation.

**DEFENDANT'S AFFIRMATIVE DEFENSES**

As separate and distinct affirmative defenses to the Plaintiff's alleged claims for relief, Defendant alleges the following without admission that such allegations are affirmative defenses on which Defendant bears the burden of proof. Count IV is the only count of the Complaint asserted against Defendant. To the extent any other count is deemed to be asserted against Defendant, each of the following defenses applies equally to that count:

1. **First Affirmative Defense: Failure to state a claim.** Plaintiff fails to state a claim upon which relief may be granted. Among other deficiencies, the Complaint fails to allege a cognizable injury to Plaintiff's business or property proximately caused by a predicate act, fails to allege a pattern of racketeering activity, and fails to allege facts showing that Defendant, through a pattern of racketeering activity, acquired or maintained any interest in or control of an enterprise.

2. **Second Affirmative Defense: Failure to Plead Fraud with Particularity.** The Complaint fails to plead the alleged predicate acts of mail fraud and wire fraud with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure. The Complaint does

not identify any statement or omission made by Defendant, the time, place, or content of any such communication, the manner in which it was false or misleading, or what Defendant obtained as a result. Rather, the Complaint relies largely on allegations made upon "information and belief" and improperly lumps Defendant together with the other Defendants without distinguishing the conduct attributable to each. The only conduct the Complaint attributes to Defendant in Count IV is his alleged stock ownership of LZG International, Inc. ("LZG") and alleged "financial support" of others, neither of which constitutes a predicate act.

3. **Third Affirmative Defense: Failure to Plead a Pattern of Racketeering Activity.** The Complaint fails to allege a pattern of racketeering activity. The alleged conduct amounts, at most, to a single scheme with a single, discrete objective, the sale of the PrimeSource assets to Plaintiff, which does not satisfy the continuity requirement for a RICO claim. Nor does the Complaint allege open-ended continuity, as the alleged scheme had a natural and discrete endpoint and there are no allegations of a threat of continuing racketeering activity. The other transactions alleged in the Complaint, including the acquisitions of Intellagents, SO Technology, and Predictive Black, were separate, completed transactions that do not establish a continuous pattern threatening Plaintiff.

4. **Fourth Affirmative Defense: No Acquisition or Maintenance of an Interest in or Control of the Enterprise.** Count IV, brought under 18 U.S.C. § 1962(b), alleges that Plaintiff itself is the enterprise. Defendant did not, through a pattern of racketeering activity or otherwise, acquire or maintain, directly or indirectly, any interest in or control of Plaintiff. Defendant's alleged stock ownership of LZG and alleged financial support of others do not constitute the acquisition or maintenance of an interest in or control of Plaintiff, and Plaintiff's own decision to employ or seat other Defendants as its officers or directors cannot be attributed to Defendant.

5. **Fifth Affirmative Defense: No Cognizable Injury Under 18 U.S.C. § 1962(b).** Count IV fails because Plaintiff has not alleged an injury caused by any Defendant's acquisition or maintenance of an interest in or control of an enterprise, as distinct from injury allegedly caused by the predicate acts themselves.

6. **Sixth Affirmative Defense: Failure to State a RICO Conspiracy Claim.** Count IV fails to state a claim for conspiracy under 18 U.S.C. § 1962(d) and Fla. Stat. § 895.03 because Plaintiff fails to state a viable substantive RICO claim, and a conspiracy claim premised on an agreement to commit conduct that does not itself constitute a RICO violation fails as a matter of law. The Complaint further fails to allege facts showing that Defendant knowingly agreed to participate in any RICO violation.

7. **Seventh Affirmative Defense: PSLRA Securities-Fraud Bar.** Plaintiff's claims are barred by the securities-fraud exception to the civil RICO statute added by the Private Securities Litigation Reform Act, 18 U.S.C. § 1964(c), which provides that no person may rely upon "any conduct that would have been actionable as fraud in the purchase or sale of securities" to establish a RICO violation. The predicate acts Plaintiff alleges consist of alleged misstatements and omissions of material fact in SEC filings, press releases, and transaction documents made in connection with the purchase or sale of securities. Because that conduct is actionable as securities fraud, Plaintiff may not rely upon it as a RICO predicate, whether labeled securities fraud or repackaged as mail or wire fraud, and Defendant has not been criminally convicted in connection with the alleged fraud.

8. **Eighth Affirmative Defense: Predicate Acts Not in Furtherance of Any Scheme.** Plaintiff fails to allege at least two valid predicate acts of mail or wire fraud because the communications it identifies were not made "in furtherance of" any scheme, as 18 U.S.C. §§ 1341

and 1343 require. By Plaintiff's own allegations, the SEC filings and press releases said to contain the alleged misrepresentations were made after each acquisition had already closed. For example, the agreement related to the Intellagents acquisition was executed on February 23, 2022, while the cited filings are dated March 7 and August 22, 2022; the SO Technology and Predictive Black acquisitions closed before the cited 2022 and 2023 disclosures; and the PrimeSource acquisition closed before the cited June 24 and September 13, 2022 filings. Communications made after a scheme has reached fruition are routine, post-transaction corporate reporting that did not execute, advance, or conceal any scheme, and cannot serve as predicate acts. Without two valid predicate acts, Plaintiff's RICO claims fail.

9. **Ninth Affirmative Defense: Corporate-Governance Conduct Is Not a Predicate Act.** To the extent Plaintiff's claims rest on alleged corporate-governance conduct, including the alleged breach of a voting agreement, the September 2024 board meeting and alleged attempt to remove Roger Hamilton as CEO, and related intra-corporate disputes, such conduct is not among the offenses enumerated as "racketeering activity" in 18 U.S.C. § 1961(1). An alleged breach of fiduciary duty or internal corporate-governance dispute cannot constitute a RICO predicate act or support a pattern of racketeering activity.

10. **Tenth Affirmative Defense: Settlement Demands and Litigation Conduct Are Not Predicate Acts.** To the extent Plaintiff's claims rest on settlement demands, proposals to resolve disputes, threats of litigation, or statements made in litigation, such conduct is not wrongful and cannot constitute a predicate act. A demand to pay money believed to be owed and the threat of litigation does not constitute extortion, and allegations of fraud on the court arising from statements made in litigation cannot serve as predicate acts sufficient to state a RICO claim.

11. **Eleventh Affirmative Defense: Litigation Privilege.** To the extent Plaintiff's claims rest on the filing of litigation, the pursuit of a temporary restraining order and preliminary injunction in the United States District Court for the Southern District of New York, or related pre-litigation demands, such conduct is protected by the litigation privilege and cannot constitute a predicate act of mail fraud, wire fraud, or extortion, and any damages Plaintiff attributes to the resulting injunction are not recoverable.

12. **Twelfth Affirmative Defense: Ordinary Commercial Dispute.** Plaintiff's claims arise from a commercial transaction and alleged breaches of the asset purchase agreement between Plaintiff and LZG (the "APA") and related agreements. An ordinary business dispute and alleged breach of contract do not give rise to RICO liability, and Plaintiff's attempt to recast a contract dispute as a pattern of racketeering activity fails.

13. **Thirteenth Affirmative Defense: Florida RICO Act.** Plaintiff's claims under Florida's RICO Act, Fla. Stat. § 895.01 et seq., fail for the same reasons as its federal RICO claims. Florida's RICO Act is patterned after, and interpreted consistently with, the federal RICO statute, and each of the defenses asserted herein applies equally to Plaintiff's Florida-law claims.

14. **Fourteenth Affirmative Defense: Claims Subject to Arbitration.** Plaintiff's claims arise out of and relate to the APA, which contains a binding arbitration clause, and the parties' dispute arising from the APA is already the subject of arbitration between Plaintiff and LZG. Plaintiff's claims arising out of or relating to alleged breaches of the APA are enforceable, if at all, only against LZG, and are subject to and barred in favor of arbitration under the Federal Arbitration Act and the APA's arbitration provision.

15. **Fifteenth Affirmative Defense: Arbitration, Res Judicata, and Collateral Estoppel.** To the extent the arbitration between Plaintiff and LZG arising out of the APA has

resulted, or results, in a final award, Plaintiff's claims are barred, in whole or in part, by the doctrines of res judicata and collateral estoppel. Plaintiff's claims in this action arise from the same transaction and the same nucleus of operative facts as the claims submitted to arbitration under the APA, and Plaintiff may not relitigate those claims or issues by recasting them under different labels, including as RICO claims, or by recharacterizing claims actionable, if at all, only against LZG as claims against LZG's alleged shareholders, officers, or affiliates. Plaintiff's claims are further barred, in whole or in part, by the doctrines of res judicata and collateral estoppel to the extent of any determination in the pending litigation in the United States District Court for the Southern District of New York, Case No. 1:25-cv-08761-JLR.

16. **Sixteenth Affirmative Defense: Election of Remedies**. Plaintiff's claims are barred in whole or in part by the doctrine of election of remedies. Upon learning of the facts it now alleges, Plaintiff elected to proceed under the APA rather than rescind it, and Plaintiff may not now pursue inconsistent remedies.

17. **Seventeenth Affirmative Defense: Statute of limitations**. Plaintiff's claims are barred in whole or in part by the applicable statutes of limitations and/or repose.

18. **Eighteenth Affirmative Defense: Good Faith**. Defendant acted in good faith and reasonably relied on the advice, counsel, and representations of professionals, including attorneys, accountants, and other advisors, regarding the legality and propriety of his actions.

19. **Nineteenth Affirmative Defense: Good faith.** Defendant acted in good faith and reasonably believed (and continues to believe) that his conduct was in compliance with all applicable laws, regulations, and rules at all relevant times, and acted without the requisite fraudulent intent, knowledge, or recklessness necessary to sustain the claims alleged by Plaintiff.

20. **Twentieth Affirmative Defense: Laches**. Plaintiff's claims are barred under such equitable defenses as the evidence demonstrates, including but not limited to the doctrines of acquiescence and laches.

21. **Twenty-First Affirmative Defense: Standing**. Plaintiff does not have standing to assert claims on behalf of third parties, and Plaintiff has not been injured by Defendant and has not suffered any damages. Plaintiff has not alleged an injury to its business or property directly and proximately caused by any predicate act. The injuries alleged in the Complaint (Complaint ¶¶ 301–322) flow primarily from an injunction entered by another court, the independent conduct of third parties, and market forces, not from any alleged mail or wire fraud, and are too remote to support Plaintiff's claims.

22. **Twenty-Second Affirmative Defense: Failure to Mitigate**. Plaintiff has failed to mitigate any damage it allegedly suffered, including by continuing under the APA rather than electing to rescind it, continuing to make payments after learning of the facts it now alleges, and failing to timely avail itself of available contractual and legal remedies.

23. **Twenty-Third Affirmative Defense: Waiver.** Plaintiff's claims are barred in whole or in part by the doctrine of waiver. After learning of the agreements Plaintiff contends encumbered the PrimeSource assets, Plaintiff elected to proceed under the APA rather than cancel it, voluntarily renegotiated and affirmed the standstill agreements, voluntarily continued to make payments toward the PrimeSource assets, and continued to retain Defendants Ritz and Moe in executive and board positions.

24. **Twenty-Fourth Affirmative Defense: No Damages or Harm.** Plaintiff cannot establish that any conduct by Defendant caused any harm, damages, or losses to Plaintiff or other parties. Any alleged harm is too remote, speculative, or the result of intervening or superseding

causes unrelated to Defendant's actions, including the decisions of other courts, the conduct of the sellers of the PrimeSource assets, the acts or omissions of other persons and entities, and market and business forces beyond Defendant's control, which break any chain of proximate causation.

25. **Twenty-Fifth Affirmative Defense: Unclean Hands.** Plaintiff's claims are barred in whole or in part by the doctrine of unclean hands, including by reason of Plaintiff's own public statements, SEC disclosures, continued dealings with Defendants, and conduct in connection with the alleged transactions and related litigation.

26. **Twenty-Sixth Affirmative Defense: Accord and Satisfaction.** Plaintiff's claims are barred in whole or in part by the doctrine of accord and satisfaction and payment.

27. **Twenty-Seventh Affirmative Defense: Personal Jurisdiction; Venue.** The Court lacks personal jurisdiction over Defendant for the claims alleged in the Complaint and/or venue is improper, because the alleged payment of money does not arise in Florida and Plaintiff cannot support a claim that the alleged wrongdoing arose out of significant conduct in Florida.

28. **Twenty-Eighth Affirmative Defense: Estoppel.** Plaintiff's claims are barred in whole or in part by the doctrine of estoppel because Plaintiff asserts rights inconsistent with prior positions that were relied upon, including by electing to proceed under the APA, renegotiating and affirming the standstill agreements, and continuing to make payments toward the PrimeSource assets with knowledge of the facts it now alleges.

29. **Twenty-Ninth Affirmative Defense: Statute of Frauds.** Depending on Plaintiff's claims at trial, and to the extent Plaintiff alleges oral discussions, Plaintiff's claims are barred in whole or in part by the parol evidence rule and/or statute of frauds.

30. **Thirtieth Affirmative Defense: No Damages.** To the extent Plaintiff alleges any recoverable damages in this action, such alleged damages were caused in whole or in part by the

acts or omissions of Plaintiff and/or other intervening causes. Plaintiff's alleged damages, including its claim of more than $250,000,000 and treble damages, and its alleged lost funding, lost market capitalization, and lost business opportunities, are speculative, unforeseeable, cannot be established with reasonable certainty, and are not injuries to business or property recoverable under the RICO statutes.

31. **Thirty-First Affirmative Defense: Absence of Justifiable Reliance.** Plaintiff's claims fail for want of justifiable reliance. Plaintiff is a sophisticated, publicly traded company that conducted due diligence and had the opportunity to examine the transaction documents and public filings. To the extent the matters Plaintiff claims were misrepresented or omitted were disclosed in or contradicted by the transaction documents, the parties' agreements, oral discussions between the parties, or public SEC filings, any reliance by Plaintiff was unreasonable as a matter of law.

32. **Thirty-Second Affirmative Defense: Setoff and Recoupment.** Any recovery by Plaintiff must be reduced by setoff and recoupment, including the value of the consideration and benefits Plaintiff received or retained in connection with the alleged transactions, including the value of funds raised in the market while Plaintiff publicly reported consolidated financial results that included PrimeSource, and any amounts Plaintiff recovers from any other person or in any other proceeding on account of the same alleged injuries.

33. **Thirty-Third Affirmative Defense: Failure to Plead a RICO Enterprise.** The Complaint fails to plead a RICO enterprise distinct from Defendant. The Complaint states that the alleged "enterprise" is LZG International, Inc., which could act only through its own officers and directors, which does not include Defendant. However, a corporation acting through its own officers and agents is not an enterprise distinct from those persons, and Defendant therefore are not "persons" distinct form the alleged enterprise, as required under 18 U.S.C. § 1962.

**RESERVATION OF ADDITIONAL AFFIRMATIVE DEFENSES**

Defendant has not yet had the opportunity to conduct discovery and, therefore, cannot fully assess the existence or applicability of all potential affirmative defenses. Defendant expressly reserves the right to amend and assert such additional affirmative defenses as may become known or appropriate through discovery, further investigation, or the development of facts and circumstances relevant to this action.

**NO WAIVER**

Notwithstanding the requirement set forth in Rule 8(a)(2) of the Federal Rules of Civil Procedure that a party provide "a short and plain statement of the claim showing that the pleader is entitled to relief" and Rule 8(d)(1) of the Federal Rules of Civil Procedure that "[e]ach allegation must be simple, concise, and direct", the Complaint is an lengthy, convoluted, and inconsistent document, without any specific allegations asserted against Defendant, containing multiple conclusory allegations, and in many instances, multiple allegations in one paragraph or sentence. Defendant has responded to all such allegations in good faith and in compliance with the Federal Rules of Civil Procedure.

To the extent one part of an allegation was admitted, Defendant does not waive any denial to the remaining parts of such allegation. To the extent Defendant failed to admit or deny any allegation, such allegation is denied. To the extent a response is deemed required pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure to any allegation Defendant failed to admit or deny, Defendant denies the allegations.

Dated: October 20, 2026

Respectfully submitted,

**BARRY S. TURNER P.A.**
PO Box 330189
Miami, FL 33233
Tel. 305.699.4392

Fax: 786.233.7068
By: */s/ Barry S. Turner*
Barry S. Turner, Esq.
Email: bt@bstpa.com
Florida Bar No.: 85535

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on October 20, 2026, the foregoing document was electronically filed through CM/ECF, thereby serving electronic notice to all counsel of record.

By: /s/ *Barry S. Turner*
Barry S. Turner, Esq.
Fla. Bar No. 85535